**JS-6**

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| EMMANUEL MEDINA BAEZ,<br>Petitioner,<br>v.<br>ACTING WARDEN OF THE ADELANTO DETENTION CENTER, et al.,<br>Respondents. | Case No. 5:26-CV-04808-CTS<br>**JUDGMENT** |

Pursuant to the Order Granting Writ of Habeas Corpus filed September 4, 2026 (ECF No. 6), IT IS ADJUDGED that the Petition is GRANTED.

DATED: September 8, 2026

CHRISTINA T. SHAY
UNITED STATES MAGISTRATE JUDGE